1 Edward Burns, Esq. (SBN 201913)
2 Lisa Reichenthal, Esq. (SBN 179836)
  BURNS & SCHALDENBRAND
3 509 North Coast Highways
4 Oceanside, California 92054
  Telephone (760) 453-2189
5 Facsimile (760) 453-2194
6 ewburns@bsrlawyers.com

7 Attorneys for Plaintiff, Wheel Pros, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEEL PROS, LLC, | ) Case No.: |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| PERFORMANCE TIRE LLC dba | ) |
| WHEEL REPLICAS, LONESTAR | ) |
| WHEELS and DOES 1-25; | ) |
| Defendants | ) |

# EXHIBIT 6 TO COMPLAINT

US00D597012S

| (12) | United States Design Patent | (10) Patent No.: | US D597,012 S |
|---|---|---|---|
| | Chung | (45) Date of Patent: ** | *Jul. 28, 2009 |

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor: **Suny Chung**, Cerritos, CA (US)

(73) Assignee: **Wheel Pros, Inc.**, Cerritos, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/262,140**

(22) Filed: **Jun. 27, 2006**

(51) **LOC (9) Cl.** .................................................. **12-16**
(52) **U.S. Cl.** ................................................... **D12/211**
(58) Field of Classification Search ........ D12/204–213; 301/37.101, 64.101, 65
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D470,812 | S | * | 2/2003 | Chu | D12/211 |
| D480,036 | S | * | 9/2003 | Laengerer | D12/211 |
| D482,307 | S | * | 11/2003 | Lee | D12/211 |
| D500,977 | S | * | 1/2005 | Kushartanto | D12/209 |
| D516,492 | S | * | 3/2006 | Tirado | D12/211 |
| D518,430 | S | * | 4/2006 | Scheu | D12/211 |
| D520,932 | S | * | 5/2006 | Guevara | D12/211 |
| D521,920 | S | * | 5/2006 | Phillips | D12/209 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Charles C. H. Wu; Wu & Cheung, LLP

(57) **CLAIM**

The ornamental design for the front face of a vehicle wheel, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view of a front face of a vehicle wheel showing my new design; and,

FIG. **2** is a front view thereof.

In the drawings, the broken lines defining the rear portion of the rim depict environmental subject matter that forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**

