Edward Burns, Esq. (SBN 201913)
Lisa Reichenthal, Esq. (SBN 179836)
BURNS & SCHALDENBRAND
509 North Coast Highways
Oceanside, California 92054
Telephone (760) 453-2189
Facsimile (760) 453-2194
ewburns@bsrlawyers.com

Attorneys for Plaintiff, Wheel Pros, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEEL PROS, LLC, | ) Case No.: |
|                 Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| PERFORMANCE TIRE LLC dba | ) |
| WHEEL REPLICAS, LONESTAR | ) |
| WHEELS and DOES 1-25; | ) |
|                 Defendants | ) |
| | ) |

# EXHIBIT 7 TO COMPLAINT

US00D736137S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D736,137 S**

Chung    (45) **Date of Patent:**    ✱✱ **Aug. 11, 2015**

(54) **WHEEL**

(71) Applicant: **Wheel Pros, LLC**, Lakewood, CO (US)

(72) Inventor: **Suny Chung**, Yorba Linda, CA (US)

(73) Assignee: **Wheel Pros, LLC**, Greenwood Village, CO (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/475,904**

(22) Filed: **Dec. 9, 2013**

**Related U.S. Application Data**

(60) Continuation of application No. 29/447,892, filed on Mar. 7, 2013, now Pat. No. Des. 701,481, which is a division of application No. 29/435,797, filed on Oct. 29, 2012, now Pat. No. Des. 702,172.

(51) **LOC (10) Cl.** .............................................. **12-16**

(52) **U.S. Cl.**
USPC .......................................... **D12/213**

(58) **Field of Classification Search**
USPC ............................................. D12/204–213
CPC .............. B60B 7/00; B60B 7/02; B60B 7/04; B60B 7/01; B60B 7/06; B60B 3/04; B60B 3/10; B60B 3/02; B60B 3/06; B60B 1/00; B60B 1/10; B60B 1/08; B60B 1/12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D349,089 S | * | 7/1994 | Echazabel et al. | ........... D12/213 |
| D451,873 S | * | 12/2001 | Donikoglu | ................... D12/209 |
| D463,348 S | * | 9/2002 | Kataoka | ................... D12/209 |
| D470,812 S | * | 2/2003 | Chu | ................... D12/211 |
| D481,985 S | * | 11/2003 | Cahyono | ................... D12/209 |
| D491,511 S | * | 6/2004 | Brintouch et al. | ........ D12/209 |
| D509,783 S | * | 9/2005 | Fitzgerald | ................... D12/211 |
| D512,011 S | * | 11/2005 | Tirado | ................... D12/213 |
| D540,733 S | * | 4/2007 | Castiglione | ................ D12/211 |
| D638,767 S | * | 5/2011 | Groom | ................... D12/211 |
| D666,960 S | * | 9/2012 | Chung | ................... D12/211 |
| D669,412 S | * | 10/2012 | Le Grice et al. | ......... D12/213 |
| D695,200 S | * | 12/2013 | Zhao | ................... D12/211 |
| D701,481 S | * | 3/2014 | Chung | ................... D12/211 |
| D711,808 S | * | 8/2014 | Chung | ................... D12/211 |
| D722,939 S | * | 2/2015 | Chung | ................... D12/213 |

* cited by examiner

*Primary Examiner* — Stacia Cadmus

(74) *Attorney, Agent, or Firm* — Garcia-Zamor IP Law; Ruy M. Garcia-Zamor

(57) **CLAIM**

The ornamental design for a wheel, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a wheel showing my new design; and,

FIG. **2** is a front elevational view of the wheel of FIG. **1**, those features not shown in the views of FIGS. **1** and **2** are disclaimed as forming no part of the claimed design.

The broken lines in FIGS. **1** and **2** represent environment and are for illustrative purposes only and do not constitute part of the claimed design.

**1 Claim, 2 Drawing Sheets**





**U.S. Patent**      **Aug. 11, 2015**      **Sheet 1 of 2**      **US D736,137 S**



Fɪɢ. 1



FIG. 2



US00D711808S



| (12) **United States Design Patent** | | (10) Patent No.: | **US D711,808 S** |
| Chung | | (45) Date of Patent: | ** **Aug. 26, 2014** |

(54) **WHEEL**

(71) Applicant: **Wheel Pros, LLC**, Lakewood, CO (US)

(72) Inventor: **Suny Chung**, Yorba Linda, CA (US)

(73) Assignee: **Wheel Pros, LLC**, Greenwood Village, CO (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/475,829**

(22) Filed: **Dec. 6, 2013**

**Related U.S. Application Data**

(60) Continuation of application No. 29/447,892, filed on Mar. 7, 2013, now Pat. No. Des. 701,481, which is a division of application No. 29/435,797, filed on Oct. 29, 2012, now Pat. No. Des. 702,172.

(51) **LOC (10) Cl.** ............................................ **12-16**

(52) **U.S. Cl.**
USPC ........................................................ **D12/213**

(58) **Field of Classification Search**
USPC ........ D12/204–213; 301/37.101, 64.101, 65, 301/64.201
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D451,873 | S | * | 12/2001 | Donikoglu | ................... | D12/209 |
| D463,348 | S | * | 9/2002 | Kataoka | ...................... | D12/209 |

| D470,812 | S | * | 2/2003 | Chu | ...................... | D12/211 |
| D481,985 | S | * | 11/2003 | Cahyono | ...................... | D12/211 |
| D491,511 | S | * | 6/2004 | Brintouch et al. | ......... | D12/209 |
| D509,783 | S | * | 9/2005 | Fitzgerald | ................. | D12/211 |
| D540,733 | S | * | 4/2007 | Castiglione | ............... | D12/211 |
| D638,767 | S | * | 5/2011 | Groom | ...................... | D12/211 |
| D666,960 | S | * | 9/2012 | Chung | ...................... | D12/211 |
| D695,200 | S | * | 12/2013 | Zhao | .......................... | D12/211 |
| D701,481 | S | * | 3/2014 | Chung | ........................ | D12/211 |

* cited by examiner

*Primary Examiner* — Stacia Cadmus

(74) *Attorney, Agent, or Firm* — Garcia-Zamor IP Law; Ruy M. Garcia-Zamor

(57) **CLAIM**

The ornamental design for a wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a wheel showing my new design; and,

FIG. 2 is a front elevational view of the wheel of FIG. 1, those features not shown in the views of FIGS. 1 and 2 are disclaimed as forming no part of the claimed design.

The broken lines in FIGS. 1 and 2 represent environment and are for illustrative purposes only and do not constitute part of the claimed design.

**1 Claim, 2 Drawing Sheets**







FIG. 1



FIG. 2